# AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

☐ File

File #:   2016002517
Purchased/Filed:   July 8, 2016
Index #:   1:16-CV-830 (LEK/CFH)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

COAST-TO-COAST PRODUCE COMPANY, LLC

Plaintiff

against

MOUNTAIN FRESH FARMS, LLC, CAROLE CRIMIVAROLI and DAVID J. KRUSZENSKI

Defendant

STATE OF NEW YORK, COUNTY OF SARATOGA, SS.:

Harold Johnson , being duly sworn, deposes and says: deponent is over the age of twenty-one (21)

years; deponent is not a party herein; that on          July 12, 2016          , at   2:25 PM   , at the office

of the Secretary of State of the State of New York, at 99 Washington Avenue, Albany, New York 12231,

deponent served the annexed:

SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET AND GENERAL ORDER #25

, on

MOUNTAIN FRESH FARMS, LLC

Defendant in this action, by delivering to and leaving with                    SUE ZOUKY

AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of

the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such

service, deponent paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant

to Section   303 DOMESTIC LIMITED LIABILITY COMPANY LAW                    .

The index number and date of filing were made visible on paper.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the
Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age:   36 - 50  Approx. Weight:   100-130    Approx. Ht.:   5' 0" - 5' 3"

Sex:   Female   Color of skin:    White    Color of hair:   Brown    Other:

Sworn to before me on this      14th   day of July 2016

_Christina M Altieri_

CHRISTINA M. ALTIERI, NO. 01AL6023113
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SARATOGA COUNTY
COMMISSION EXPIRES APRIL 12, 2019

_Harold Johnson_

Harold Johnson

2101

*DIRECT PROCESS SERVER, LLC 22 SOUTHERN BLVD NESCONSET, NY 11767*